UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLES FRANCIS DOWLING,<br><br>    Plaintiff<br><br>    v.<br><br>KEVIN MCMAHILL, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JASON LAFRENIERE, SALIE CARTER, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00774-CDS-EJY<br><br>**ORDER** |

On November 17, 2025 mail sent to Plaintiff's address on record was returned to the Court stating "Return to Sender – Unable to Forward." Therefore, Plaintiff can no longer be contacted through Clark County Detention Center. ECF No. 5. A review of Clark County Detention Center's inmate database shows Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with the Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id.* Failure of a *pro se* party to update his or her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, IT IS HEREBY ORDERED that Plaintiff must update his address with the Court no later than **December 19, 2025**.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

DATED this 19th day of November, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE